# United States Court of Appeals

## For the First Circuit

No. 06-2020

ROBERT V. ROSSI; LINDA A. ROSSI,

Plaintiffs, Appellants,

v.

LEONARD P. GEMMA, individually and in his capacity as President
of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE,
individually and in his capacity as a general partner of Gemma &
Levine; HENRY S. KINCH, JR., in his capacity as Clerk of the
Providence County Superior Court,

Defendants, Appellees.

---

No. 06-2021

ROBERT V. ROSSI; LINDA A. ROSSI,

Plaintiffs, Appellants,

v.

GEM PLUMBING & HEATING CO., INC.,

Defendant, Appellee.

---

**ERRATA**

The opinion of this court, issued May 31, 2007, should be amended as follows:

On page 11, line 23: Replace the word "filled" with the word "filed."

On line five of footnote 10 (page 14): Delete the apostrophe after "Rossis."

On page 18, line 14: After "n.9" insert a space followed by the parenthetical "(1987)."

On page 29, line 8: Delete the period after "Dep't."